United States District Court
Southern District of Texas
**ENTERED**
October 21, 2016
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 5, | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-16-2505 |
| EDWARD A. BUSH, GARY ODOMS AND THE UNKNOWN HEIRS AT LAW OF CHERYL A. BUSH, DECEASED, | § § § § § | |
| Defendants. | § | |

### ORDER APPOINTING ATTORNEY AD LITEM

The Christiana Trust, a division of Wilmington Savings Fund Society, FSB, sued as Trustee of ARLP Trust 5, has filed a Motion for Appointment of Attorney Ad Litem to locate and represent the Unknown Heirs at Law of Cheryl A. Bush, the Deceased, in this dispute as to who is entitled to the Trust holdings and proceeds.  The court finds that it is reasonable to retain an ad litem to ensure that all those with claims who can be identified and located have an opportunity to assert their claims and interests.

The court grants the motion and appoints Paul D. Clote, Esq., McGinnis Lochridge, 711 Louisiana Street, Suite 1600, Houston, Texas, 77002, Telephone: (713) 615-8528, email: pclote@mcginnislaw.com, to serve as the attorney ad litem to represent Unknown Heirs at Law of Cheryl A. Bush, Deceased in this cause.

Mr. Clote will be paid a reasonable fee that will be taxed as costs of court.  He must file a status report and an answer, if appropriate, no later than January 13, 2017.  He must appear at the

Rule 16(b) Conference set for **November 18, 2016**, at 8:45 a.m. in Courtroom 11-B, and participate in the parties' Rule 26(f) meet-and-confer and Joint Report.

        SIGNED on October 21, 2016, at Houston, Texas.

                                        Lee H. Rosenthal
                                        United States District Judge