IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 5, | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-16-2505 |
| EDWARD A. BUSH, GARY ODOMS AND THE UNKNOWN HEIRS AT LAW OF CHERYL A. BUSH, DECEASED, | § § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons stated in the accompanying Memorandum and Opinion, the Christiana Trust's motion for summary judgment, Docket Entry No. 35, is granted. The Christiana Trust is entitled to foreclose on the property at 7715 Whidbey Island Drive, Houston, Texas 77086.

SIGNED on June 7, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge